1

19

IN THE UNITED STATES DISTRICT COURT
FOR THE ~~WESTERN~~ DISTRICT OF RALIEGN

Darlene Kirby –Pro se
2653 Virginia Park
Detroit, Michigan  48206

DI!

Case:2:16-cv-13868
Judge: Hood, Denise Page
MJ: Patti, Anthony P.
Filed. 10-31-2016 At 04:32 PM
CMP DARLENE KIRBY C FITZBERALD PULI
C SCHOOLS DISTRICT, ET AL (LG)

Darlene Kirby,

      Plaintiff,

      Vs.

FITZGERALD PUBLIC SCHOOLS DISTRICT

      Defendant

)
)
)
)
)
)
)
)
)
)

**COMPLAINT**
MOTION
JURY DUTY

*I Darlene Kirby bring forth the following causes of action and alleges the following:*

1.  Plaintiff is an individual and resident of  2653 Virginia Park, Detroit Michigan, 48206

2.  Defendant is a Public Schools Warren District at the time of this complaint, a resident of 23200  Ryan Rd., Warren Michigan 48091

3.  I am responding to His Honor on the matter of EEOC - 90 Days Notice of Right to Sue. And wish to plea , after His Honor has reads the compliant, for  motion of protective order to preempt Title IX Education Amendment Employment Discrimination based Title VII desperate individual gender discrimination which I have suffered during the entire course of my employment training with the two males of protected class but who was promoted over me with less seniority than me which me  commercial driving for the Fitzgerald Warren Public Schools Districts has suffered without equal protection under title IX Education 1

UNITED STATES DISTRICT COURT

*Eastern*

FOR THE ~~WESTERN~~ DISTRICT OF RALIEGN

Darlene Kirby –Pro se
2653 Virginia Park
Detroit, Michigan  48206

DISTRICT COURT OF ___*Eastern*___

| | |
|---|---|
| Darlene Kirby, | ) Case No. : _____ |
| | ) |
| Plaintiff, | ) |
| | ) **COMPLAINT** |
| | ) MOTION |
| Vs. | ) JURY DUTY |
| | ) |
| FITZGERALD PUBLIC SCHOOLS DISTRICT | ) |
| | ) |
| Defendant | ) |

4. The administration of transportation denies my request for he mediation of a union representative for grievance procedure during a conference meeting I was called to attend on January 14, 2016.  Following the employer have never sent me a letter of termination. This is after both Laura Victory and Melanie Rainwater of the conference meeting administration panel have  allowed employee union bus driver trainer Corey Armstead to record the events of my school bus accidents in error than what has happened on January 5, 2016,  without Corey Armstead ever informing me of any disclosure of her position as union representative of Transportation  local union 1305 at any time of my employment , up till then,  before I attended the  conference meeting,  where Bill Rudd, the Supervisor,  was called to attend to give his statement concerning my school bus accident on January 5, 2015, who informed the conference panel that he  had instructed me proceed to take the

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERM DISTRICT OF RALIEGN

Darlene Kirby –Pro se
2653 Virginia Park
Detroit, Michigan  48206

DISTRICT COURT OF  _Eastern_

| | |
|---|---|
| Darlene Kirby, | ) Case No. : _____ |
|  | ) |
| Plaintiff, | ) |
|  | ) **COMPLAINT** |
|  | ) MOTION |
| Vs. | ) JURY DEMAND |
|  | ) |
| FITZGERALD PUBLIC SCHOOLS DISTRICT | ) |
|  | ) |
| Defendant | ) |
|  | ) |

5. Chatterton Students home over his CB radio because he thought that I had already started on the Chatterton route before he had communicated with me.

6. His statement has changed after Corey Armstead had taken the statement of my school bus accident, which she wrote in gross error in her writing hand, who was aware that I have communicated with Bill Rudd, and she had radioed him before he had radioed me. Corey Armstead was also aware that while I was communicating to Bill Rudd that my bus was standing across from Chatterton Parking Lot on NW Corner of Thomas and Stephens loaded with Chatterton Students, in front of Elma's School  Bus, when I informed Bill Rudd of he events of my school bus accident with tree branch that  shattered the flat mirror while I was alone on the bus at 2:44pm,   before my arrival to Chatterton for afternoon scheduled students stops , where I radioed fellow drivers

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERM DISTRICT OF RALIEGN

Darlene Kirby –Pro se
2653 Virginia Park
Detroit, Michigan  48206

DISTRICT COURT OF Eastenal

| Darlene Kirby, | ) Case No. : _____ |
| | ) |
| Plaintiff, | ) |
| | ) **COMPLAINT** |
| | ) MOTION |
| Vs. | ) JURY DEMAND |
| | ) |
| FITZGERALD PUBLIC SCHOOLS DISTRICT | ) |
| | ) |
| Defendant | ) |
| | ) |

7. upon my arrival to parking lot at 2: 49pm  for Bus Driver's emergency assistance to bus 9-12 before I left the bus to assess the damages of the bus before dismissal,  when then I loaded the Chatterton students for their safety and radioed union driver Elma  in my concern whether the students ought to be transferred to her bus due to the damaged flat mirror , when then Corey Armstead intercepted my communication with Elma for my location before she radioed Bill Rudd who radioed me for  the events of the accident before he instructed me to proceed to take the Chatterton Students Home.

8. Bill Rudd statement was corresponding to Corey Armstead incorrect statement of my school bus accident who claimed that the had instructed me to proceed to take the Chatterton Students Home because he thought that I had already started on the Chatterton Route.

9. I request for union representation in the interest of job security while the panel is fully aware that I am a member of Michigan Pubic Schools Employee Retirement System of ORS

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF RALIEGN

Darlene Kirby –Pro se
2653 Virginia Park
Detroit, Michigan  48206

DISTRICT COURT OF _Kaetencl_

| | |
|---|---|
| Darlene Kirby, | ) Case No. : _____ |
| | ) |
| Plaintiff, | ) **COMPLAINT** |
| | ) **MOTION** |
| **Vs.** | ) **JURY DEMAND** |
| | ) |
| FITZGERALD PUBLIC SCHOOLS DISTRICT | ) |
| | ) |
| Defendant | ) |
| | ) |

10. Office of Retirement Service in Lansing Michigan, before Melanie Rainwater whom I trusted to give my grievance letter after the conference meeting  without any awareness before than that she was the Coordinator for Civil Rights at the District Public Schools, who have not made any decision whether I could return to work  during the conference meeting after the panel had given me the negative results of my drug tests from its district clinic; and without any indication whether I was terminated of employment of the Transportation Department before I left the meeting, although, both Melanie Rainwater and Laura Victory had queried me about paying for  the Union bus driver Jacket . I informed the panel that I should not have to pay for a union bus driver Jacket that is provided to the union bus drivers ever 2 years according to the provisions of the contract.

IN THE UNITED STATES DISTRICT COURT
FOR THE ~~WESTERN~~ DISTRICT OF RALIEGN

Darlene Kirby –Pro se
2653 Virginia Park
Detroit, Michigan  48206

DISTRICT COURT OF _Eastern_

Darlene Kirby,                                          ) Case No. : _____
                                                       )
           Plaintiff,                                  )
                                                       )          **COMPLAINT**
                                                       )          MOTION
           Vs.                                         )          JURY DEMAN
                                                       )
FITZGERALD PUBLIC SCHOOLS DISTRICT                     )
                                                       )
           Defendant                                   )
_____ _____ )

11. Having not received at any time of employment any knowledge that Melanie Rainwater position

as the Coordinator of Civil Rights, who never informed me of her position as such upon handing

her my grievance letter at the conference meeting , and  who never had  given required that the

union representative or Laura Victory to furnish me  the Transportation 1305 contract ,

Fitzgerald Public Schools Non Discrimination policy of Title IX Education Amendment,  or an

employee handbook of retirement or medical benefits at any time of my employment after  the

Administration of Transportation and the Union Representative Corey Armstead has enrolled

both  Jerome Lyle and Darryl Carter into the Transportation 1305 Inservice School Bus

Training Program exempted of federal and state regulations knowledge test endorsement

groups for School Bus and Passenger two week before me in August 2015 in conflict of

interest  against the compliance of my inservice school bus training after I have taken exams in

compliance to  State and Federal Regulations knowledge test endorsements groups B, C, S and P

IN THE UNITED STATES DISTRICT COURT
FOR THE ~~WESTERN~~ DISTRICT OF RALIEGN

Darlene Kirby –Pro se2653
Virginia Park
Detroit, Michigan  48206

DISTRICT COURT OF _K. Federal_

| | |
|---|---|
| Darlene Kirby | ) Case No. : _____ |
| | ) |
| Plaintiff, | ) |
| | ) **COMPLAINT** |
| | ) MOTION |
| Vs. | ) JURY DEMAND |
| FITZGERALD PUBLIC SCHOOLS DISTRICT | ) |
| | ) |
| Defendant | ) |

12. for Fitzgerald Public Schools Districts pre-employment requirement to enter into Fitzgerald School Bus Training Program several weeks before both Jerome and Darryl had entered into the training Program.

13. The Fitzgerald Public Schools District has used gender discrimination against my employment in allowing  both Jerome and Darryl to conflict the interest against  my State Board Road Test Certification issued on November 9, 2015, after Secretary of State  has validated the  issue of my State of Michigan  CDL endorsements certification of  School Bus and Passenger Certification on November 10, 2015, by withholding me from succeeding Jerome Lyle  irrespective that I have completed the inservice school bus training program before either Jerome Lyle or Darryl Carter upon being called to train for the Union Bus Driver Duane regular bus route of the collective bargaining unit for an executive period of one month while Duane was on long term sick leave of absence, before I am pulled off the bus route after the Administration has reposted the union

IN THE UNITED STATES DISTRICT COURT
FOR THE ~~WESTERM~~ DISTRICT OF RALIEGN

Darlene Kirby –Pro se
2653 Virginia Park
Detroit, Michigan 48206

DISTRICT COURT OF ___*Eastern*___

| | |
|---|---|
| Darlene Kirby, | ) Case No. : _____ |
| | ) |
| Plaintiff, | ) |
| | ) **COMPLAINT** |
| | ) MOTION |
| | ) JURT DEMAND |
| | ) |
| Vs. | ) |
| | ) |
| FITZGERALD PUBLIC SCHOOLS DISTRICT | ) |
| | ) |
| Defendant | ) |
| | ) |

14. driver regular route for promotional bus driver union bid while I was attending Macomb Intermediate School District for Beginner School Bus Driver Class on December 8, 2015, and have my the regular bus route which I have preformed for the union bus driver promoted to Jerome Lyle as the new bus driver of his gender union driver Duane Day upon my return From MISD to Fitzgerald Transportation with Certification as Beginner School Bus Driver on Friday, December 11, 2015.

15. I am however given instruction from the Administration of Transportation that I will no longer perform the union bus driver regular route other the he Chatterton 5 student stops in the mornings and afternoons without any indication to me that Jerome Lyle was promoted to the route upon informing me that the condition in which I could make up for my regular wages would that I clean and fuel the fleet of buses in the bus compound.

IN THE UNITED STATES DISTRICT COURT
FOR THE ~~WESTERM~~ DISTRICT OF RALIEGN

Darlene Kirby –Pro se
2653 Virginia Park
Detroit, Michigan  48206

DISTRICT COURT OF ___Eastern___

| | |
|---|---|
| Darlene Kirby, | ) Case No. : _____ |
| | ) |
| Plaintiff, | ) |
| | )          **COMPLAINT** |
| | ) |
| Vs. | ) |
| | ) |
| FITZGERALD PUBLIC SCHOOLS DISTRICT | ) |
| | ) |
| Defendant | ) |
| | ) |

16. This is after the employer has elected me for involuntary enrollment into a retirement defined benefit pension plan that required my wages for single employee contributions without joint contributions made from neither the employer nor the union.

17. And the employer has also elected me for involuntary enrollment into retirement defined contribution plan /funded personal healthcare plan, that also had required my wages for payroll deductions for contributions towards State of Michigan 457 Public Schools plan for deferred 457 compensation plan, 401(k) plan, and deferred 457 retirement personal healthcare plan.

18. Which was before the Administration Director Melanie Rainwater had required me to sign for New Hire Retirement Election Form before my leave to MISD for Beginner School Bus Driver Class on December 8, 2015, without any awareness that the Administration insistence upon me

IN THE UNITED STATES DISTRICT COURT
FOR THE ~~WESTERM~~ DISTRICT OF RALIEGN

Darlene Kirby –Pro se
2653 Virginia Park
Detroit, Michigan  48206

DISTRICT COURT OF _Eastern_

| | |
|---|---|
| Darlene Kirby, | ) Case No. : _____ |
| | ) |
| Plaintiff, | ) |
| | ) **COMPLAINT** |
| | ) MOTION |
| Vs. | ) JURY DEMAND |
| | ) |
| FITZGERALD PUBLIC SCHOOLS DISTRICT | ) |
| | ) |
| Defendant | ) |
| | ) |

to sign for New Hire Retirement Election form at the end of the year of December was to

remotely remove me from the medical employee benefits of the  collective bargaining unit of

Transportation 1305 , and have the retirement defined benefit pension which required my

single employee contributions converted under Michigan Public Schools Employee Retirement

Systems with ORS Office of Retirement, as the self-owner of my Retirement Pension Plan under

a teaching or nonteaching compensation salary which ORS indicates to me on my account

information that my employer has reported my compensation which receives credit teaching

and nonteaching. And that I also receive credit for used vocation and sick leave, short-term

disability, and weekly worker compensation after July 1, 1992.

19. I have not received any of these credits to my knowledge considering I have only worked at

Fitzgerald Public Schools from August 28, 2015 unable to receive any answer from the District

Public Schools whether I was terminated after Conference Meeting on January 22. 2016 where I

IN THE UNITED STATES DISTRICT COURT
FOR THE ~~WESTERN~~ DISTRICT OF RALIEGN

Darlene Kirby –Pro se
2653 Virginia Park
Detroit, Michigan  48206

DISTRICT COURT OF _K. Eastern/_

| | |
|---|---|
| Darlene Kirby, | ) Case No. : _____ |
| | ) |
| Plaintiff, | ) |
| | ) |
| Vs. | ) **COMPLAINT** |
| | ) MOTION |
| FITZGERALD PUBLIC SCHOOLS DISTRICT | ) JURY DEMAND |
| | ) |
| Defendant | ) |

received any  mediation of union representation for grievance procedure, on or after the

Employer has applied me as a self-owner of a retirement pension plus plan to evade me of

receiving an equal employee retirement benefit of the collective bargaining unit of

Transportation employees 1305 bus drivers that seemed to have been motivated by the

Employer indiscriminate decision  to demote me from collective bargaining union regular bus

route work assignment with desperate gender discrimination against me receiving he benefits

which was applied to my employment in the beginning before the Administration has remotely

removed me and applied these benefits to Jerome Lyle who has take my place in the collective

bargaining unit of transportation 1305 to receive the very same benefits after the issue of his

learner commercial permit for school bus and passenger in November 2015, which  my

employment was displaced  under investment plans to build up contributions that has forced

me into a single self-owner retirement pension.

IN THE UNITED STATES DISTRICT COURT
FOR THE ~~WESTERM~~ DISTRICT OF RALIEGN

Darlene Kirby –Pro se
2653 Virginia Park
Detroit, Michigan  48206

DISTRICT COURT OF_____

| | |
|---|---|
| Darlene Kirby, | } Case No. : _____ |
| | ) |
| Plaintiff, | ) |
| | ) **COMPLAINT** |
| | ) MOTION |
| Vs. | ) JURY DEMAND |
| | ) |
| FITZGERALD PUBLIC SCHOOLS DISTRICT | ) |
| | ) |
| Defendant | ) |

I went to the Michigan Department of Civil Rights without knowledge of the teaching or

nonteaching account information before then to speak with someone who could help me

understand why my employer Fitzgerald Public Schools would not allow me to return to work

during discussions at the conference meeting if the supervisor had instructed me to proceed to

take Chatterton Students home after he received the events of my school bus accidents. MDCR

had taken my compliant under Harassment based on Title VII, race and sex on January 22, 2015 ,

without the customer representative McBeth ever making any inquiries for me to provide

evidence to substantiate my claim which I had plenty but no one wanted anything documents

from me before MDCR had forward the claim to Respondent Fitzgerald Public Schools.

And because the agency has failed to give me proper representation of a Mediation

Investigation Procedure in the interest of the respondent Fitzgerald Public Schools that was

apparently investigated in conflict of interest of the Administration Director position as the

IN THE UNITED STATES DISTRICT COURT
FOR THE ~~WESTERM~~ DISTRICT OF RALIEGN

Darlene Kirby –Pro se
2653 Virginia Park
Detroit, Michigan  48206

DISTRICT COURT OF_____

| | |
|---|---|
| Darlene Kirby,                              } Case No. : _____ | |
| **Plaintiff,**                              } | |
| } | **COMPLAINT** |
| } | MOTION |
| Vs.                                         } | JURY DEMAND |
| } | |
| FITZGERALD PUBLIC SCHOOLS DISTRICT           } | |
| } | |
| **Defendant**                               } | |

Coordinator of Civil Rights who is the same individual who required me to sign for New Hire Election Form on December 7, 2015 which neither the Investigator Ms Sharp or her Supervisor Ms Garret of the Michigan Department of Civil Rights have made any inquiries of the Election Form when brought this matter to their attention at a Conference meeting on April 6, 2016, who did not allow me to look at the letter sent from the respondent while the Investigate reads the letter to me claiming that I was hired as substitute, at will bus driver.

20. Therefore I plea for motion to suppress any evidence in which EEOC has received from MDCR to disqualify my position  Classification as Bus Driver at Fitzgerald Public Schools, which I have not had any chance of disclosure of any materials that was filed in court proceedings as exhibits before than. Therefore I am asking the Court to allow me to motion for suppress of any evidence which the opposing party has filed into court as inadmissible evidence to incriminate the Classification of my Position as Bus Driver of Fitzgerald Public Schools.

IN THE UNITED STATES DISTRICT COURT
FOR THE ~~WESTERN~~ DISTRICT OF RALIEGN

Darlene Kirby –Pro se
2653 Virginia Park
Detroit, Michigan  48206

DISTRICT COURT OF _____

| Darlene Kirby, | } Case No. : _____ |
| | } |
| Plaintiff, | } |
| | } **COMPLAINT** |
| | } MOTION |
| Vs. | } JURY DEMAND |
| | } |
| FITZGERALD PUBLIC SCHOOLS DISTRICT | } |
| | } |
| Defendant  } | ) |

21. Therefore because the Respondent has used forces of retaliation to displace my employment as a substitute , at will bus driver, to evade my Citizen's rights of  equal  protection of the Constitution law of due process  42 U.S.C. 1983 – I am asking the Court to grant motion to submit to the Court  undisclosed evidence which are not for the opposing party to see but the U.S. Court  in pursuant of the Federal Law 18 U.S.C § 1927-Title 1 -False statements and concealment of facts in relation to documents required by the Employee Retirement Income Security Act of 1974

22. I request His Honor to allow me to forward other potential  evidence in reference to subject matter into  the Federal Court for motion of request order for Employer to Answer the Plaintiff allegation of above claims  to determine whether this matter requires Jury Demand otherwise Plaintiff request for Court to Motion preliminary Junction to order the Employer to pay me for employee loss wages originating

IN THE UNITED STATES DISTRICT COURT
FOR THE ~~WESTERM~~ DISTRICT OF RALIEGN

Darlene Kirby –Pro se
2653 Virginia Park
Detroit, Michigan  48206

DISTRICT COURT OF ___*Eastern*___

| | |
|---|---|
| Darlene Kirby, | ) Case No. : _____ |
| | ) |
| Plaintiff, | ) |
| | ) **COMPLAINT** |
| | ) MOTION |
| | ) JURY DEMAND |
| Vs. | ) |
| | ) |
| FITZGERALD PUBLIC SCHOOLS DISTRICT | ) |
| | ) |
| Defendant | ) |

Which starts from the last date of work on January 5, 2016,  to date, in pursuant of 29 U.S.C. 696, based on Title VII Equal Pay Act. And if not to no avail under Title VII, then under Title IX Education Amendment employment discrimination of Federal funds Programs where I have suffered the loss of my employee wages due to the discrimination against my retirement pension plan.. I am also requesting the Court for motion of preliminary Junction relief to order the Employer  to pay  restitution monetary damages and punitive damages for gross  employment discrimination under Title VII unlawful employment practices (EEOC) Mediation Procedure  pursuant 42 U.S.C § 2000e-5(b), or U.S. District Court motion recommendation of preliminary relief under the statute (Title VII) §2000e-5(f)(2).

Darlene Kirby

313- 455-8897
2563 Virginia Park
Detroit, Mich 28206

EEOC Form 161 (11/09)

## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

## DISMISSAL AND NOTICE OF RIGHTS

| To: Darlene Kirby<br>2653 Virginia Park<br>Detroit, MI 48206 | From: Detroit Field Office<br>477 Michigan Avenue<br>Room 865<br>Detroit, MI 48226 |
|---|---|

| ☐ | On behalf of person(s) aggrieved whose identity is<br>*CONFIDENTIAL (29 CFR §1601.7(a))* | |
|---|---|---|

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 23A-2016-00312 | **Antoinette Coburn,**<br>**Investigator** | (313) 226-4637 |

## THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:

☐ The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

☐ Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

☐ The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

☐ Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

☐ The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

☒ The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

☐ Other *(briefly state)*

## - NOTICE OF SUIT RIGHTS -

*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS of your receipt of this notice**; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

**L. Jack Vasquez,**
**Acting District Director**

7/28/16
*(Date Mailed)*

Enclosures(s)

cc:
**HUMAN RESOURCES MANAGER**
**FITZGERALD PUBLIC SCHOOLS**
**23200 Ryan Road**
**Warren, MI 48091**

JS 44 (Rev. 11/15)

# CIVIL COVER SHEET

County in which action arose: _____

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

| I. (a) PLAINTIFFS | DEFENDANTS |
|---|---|
| Darlene Kirby | Fitzgerald Public School Dist. |

**(b)** County of Residence of First Listed Plaintiff _____
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant _____
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- ☐ 1 U.S. Government Plaintiff
- ☐ 3 Federal Question *(U.S. Government Not a Party)* (circled)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

**CONTRACT**
- ☐ 110 Insurance
- ☐ 120 Marine
- ☐ 130 Miller Act
- ☐ 140 Negotiable Instrument
- ☐ 150 Recovery of Overpayment & Enforcement of Judgment
- ☐ 151 Medicare Act
- ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans)
- ☐ 153 Recovery of Overpayment of Veteran's Benefits
- ☐ 160 Stockholders' Suits
- ☐ 190 Other Contract
- ☐ 195 Contract Product Liability
- ☐ 196 Franchise

**TORTS**

PERSONAL INJURY
- ☐ 310 Airplane
- ☐ 315 Airplane Product Liability
- ☐ 320 Assault, Libel & Slander
- ☐ 330 Federal Employers' Liability
- ☐ 340 Marine
- ☐ 345 Marine Product Liability
- ☐ 350 Motor Vehicle
- ☐ 355 Motor Vehicle Product Liability
- ☐ 360 Other Personal Injury
- ☐ 362 Personal Injury - Medical Malpractice

PERSONAL INJURY
- ☐ 365 Personal Injury - Product Liability
- ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability
- ☐ 368 Asbestos Personal Injury Product Liability

PERSONAL PROPERTY
- ☐ 370 Other Fraud
- ☐ 371 Truth in Lending
- ☐ 380 Other Personal Property Damage
- ☐ 385 Property Damage Product Liability

**FORFEITURE/PENALTY**
- ☐ 625 Drug Related Seizure of Property 21 USC 881
- ☐ 690 Other

**LABOR**
- ☐ 710 Fair Labor Standards Act
- ☐ 720 Labor/Management Relations
- ☐ 740 Railway Labor Act
- ☐ 751 Family and Medical Leave Act
- ☐ 790 Other Labor Litigation
- ☐ 791 Employee Retirement Income Security Act

**BANKRUPTCY**
- ☐ 422 Appeal 28 USC 158
- ☐ 423 Withdrawal 28 USC 157

**PROPERTY RIGHTS**
- ☐ 820 Copyrights
- ☐ 830 Patent
- ☐ 840 Trademark

**SOCIAL SECURITY**
- ☐ 861 HIA (1395ff)
- ☐ 862 Black Lung (923)
- ☐ 863 DIWC/DIWW (405(g))
- ☐ 864 SSID Title XVI
- ☐ 865 RSI (405(g))

**FEDERAL TAX SUITS**
- ☐ 870 Taxes (U.S. Plaintiff or Defendant)
- ☐ 871 IRS—Third Party 26 USC 7609

**OTHER STATUTES**
- ☐ 375 False Claims Act
- ☐ 376 Qui Tam (31 USC 3729 (a))
- ☐ 400 State Reapportionment
- ☐ 410 Antitrust
- ☐ 430 Banks and Banking
- ☐ 450 Commerce
- ☐ 460 Deportation
- ☐ 470 Racketeer Influenced and Corrupt Organizations
- ☐ 480 Consumer Credit
- ☐ 490 Cable/Sat TV
- ☐ 850 Securities/Commodities/ Exchange
- ☐ 890 Other Statutory Actions
- ☐ 891 Agricultural Acts
- ☐ 893 Environmental Matters
- ☐ 895 Freedom of Information Act
- ☐ 896 Arbitration
- ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision
- ☐ 950 Constitutionality of State Statutes

**REAL PROPERTY**
- ☐ 210 Land Condemnation
- ☐ 220 Foreclosure
- ☐ 230 Rent Lease & Ejectment
- ☐ 240 Torts to Land
- ☐ 245 Tort Product Liability
- ☐ 290 All Other Real Property

**CIVIL RIGHTS**
- ☐ 440 Other Civil Rights
- ☐ 441 Voting (checked)
- ☐ 442 Employment (circled)
- ☐ 443 Housing/ Accommodations (checked)
- ☐ 445 Amer. w/Disabilities Employment
- ☐ 446 Amer. w/Disabilities Other
- ☐ 448 Education

**PRISONER PETITIONS**

Habeas Corpus:
- ☐ 463 Alien Detainee
- ☐ 510 Motions to Vacate Sentence
- ☐ 530 General
- ☐ 535 Death Penalty

Other:
- ☐ 540 Mandamus & Other
- ☐ 550 Civil Rights
- ☐ 555 Prison Condition
- ☐ 560 Civil Detainee - Conditions of Confinement

**IMMIGRATION**
- ☐ 462 Naturalization Application
- ☐ 465 Other Immigration Actions

## V. ORIGIN *(Place an "X" in One Box Only)*

- ☒ 1 Original Proceeding (circled)
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from Another District *(specify)*
- ☐ 6 Multidistrict Litigation

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:

Brief description of cause:

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY

*(See instructions)*:
JUDGE _____ DOCKET NUMBER _____

DATE _____

SIGNATURE OF ATTORNEY OF RECORD _____

**FOR OFFICE USE ONLY**

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____

## PURSUANT TO LOCAL RULE 83.11

1.        Is this a case that has been previously dismissed?        ☐ Yes
                                                                    ☐ No

If yes, give the following information:

Court: _____

Case No.: _____

Judge: _____


2.        Other than stated above, are there any pending or previously
          discontinued or dismissed companion cases in this or any other    ☐ Yes
          court, including state court? (Companion cases are matters in which ☐ No
          it appears substantially similar evidence will be offered or the same
          or related parties are present and the cases arise out of the same
          transaction or occurrence.)

If yes, give the following information:

Court: _____

Case No.: _____

Judge: _____


Notes :

# New Lawsuit Check List

**Instructions: Put a check mark in the box next to each appropriate entry to be sure you have all the required documents.**

| | |
|---|---|
| ☐ | Two (2) completed **Civil Cover Sheets.** *None* |

| | | |
|---|---|---|
| ☐ | Enter the number of defendants named in your lawsuit in the blank below, add 2 and then enter the total in the blank.<br><br>___1___ + 2 = __3__ **Complaints.**<br># of Defendants ___ Total<br><br>Received by Clerk: ___ Addresses are complete: *None* | Case:2:16-cv-13868<br>Judge: Hood, Denise Page<br>MJ: Patti, Anthony P.<br>Filed: 10-31-2016 At 04:32 PM<br>CMP DARLENE KIRBY C FITZBERALD PULI<br>C SCHOOLS DISTRICT, ET AL (LG) |

| | |
|---|---|
| ☐ | If any of your defendants are **government agencies:**<br>Provide two (2) extra copies of the **complaint** for the U.S. Attorney and the Attorney General. |

| **If Paying The Filing Fee:** | **If Asking That The Filing Fee Be Waived:** |
|---|---|
| ☐ Current new civil action filing fee is attached.<br><br>Fees may be paid by check or money order made out to:<br><br>**Clerk, U.S. District Court**<br><br>Received by Clerk: ___ Receipt #:___ | ☑ Two (2) completed **Application to Proceed in District Court without Prepaying Fees or Costs** forms.<br><br><br><br>Received by Clerk: ___ |

## Select the Method of Service you will employ to notify your defendants:

| **Service via Summons by Self** | **Service by U.S. Marshal** (Only available if fee is waived) | **Service via Waiver of Summons** (U.S. Government cannot be a defendant) |
|---|---|---|
| ☑ Two (2) completed **summonses** for each defendant including each defendant's name and address.<br><br>*No Addresses*<br><br><br>Received by Clerk: ___ | ☑ Two (2) completed **USM – 285 Forms** per defendant, if you are requesting the U.S. Marshal conduct service of your complaint.<br><br>☑ Two (2) completed **Request for Service by U.S. Marshal** form.<br><br>Received by Clerk: ___ | ☐ You need not submit any forms regarding the Waiver of Summons to the Clerk.<br><br>Once your case has been filed, or the Application to Proceed without Prepaying Fees and Costs has been granted, you will need:<br>• One (1) **Notice of a Lawsuit and Request to Waive Service of a Summons** form per defendant.<br>• Two (2) **Waiver of the Service of Summons** forms per defendant.<br><br>Send these forms along with your filed complaint and a self-addressed stamped envelope to each of your defendants. |

## Clerk's Office Use Only

Note any deficiencies here:

*No Civil Cover Sheets*

Rev. 4/13